UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Bernardo Terrero Vazquez,

Petitioner

v.

Todd Blanche, et al.,

Respondents

Case No. 2:26-cv-01977-CDS-NJK

**Order Granting Petitioner's Motion to Dismiss**

[ECF No. 6]

Newly-appointed counsel for petitioner Bernardo Terrero Vazquez moves to dismiss his pro se petition for writ of habeas corpus seeking release from custody or a bond hearing. ECF No. 6. Counsel asserts that Terrero Vazquez filed a writ petition in a different case on May 4, 2026, was granted habeas relief, and was released from custody on July 8, 2026. *Id.* at 1–2. Counsel submits that Terrero Vazquez's release has rendered this case moot. *Id.* at 2.

"[T]he essence of habeas corpus is an attack by a person in custody upon the legality of that custody, and that the traditional function of the writ is to secure release from illegal custody." *Preiser v. Rodriguez*, 411 U.S. 475, 484 (1973); *see also* 28 U.S.C. § 2241(c)(3) (providing that the writ of habeas corpus extends to prisoners in custody in violation of the Constitution or federal law).

Here, when Terrero Vazquez filed his petition, he was in immigration custody in this District and was challenging the legality of his detention. ECF No. 4. However, it appears that he has since been released on an order of supervision on July 8, 2026. ECF No. 6-1 at 23–28. The court therefore "can no longer provide him the primary relief sought in his habeas corpus petition," rendering his petition moot. *See Munoz v. Rowland*, 104 F.3d 1096, 1097–98 (9th Cir. 1997); *see also Singh v. Bowen*, 2025 WL 3679185, at *1 (C.D. Cal Dec. 18, 2025) (dismissing as moot petition where petitioner was released from immigration custody). Indeed, "a case is moot

when the issues presented are no longer 'live' or the parties lack a legally cognizable interest in the outcome." *Powell v. McCormack*, 395 U.S. 486, 496 (1969).

**Conclusion**

IT IS HEREBY ORDERED that the writ of habeas corpus is moot following Terrero Vazquez's release from immigration custody. Therefore, the motion to dismiss **[ECF No. 6] is GRANTED** and the petition **[ECF No. 4] is dismissed without prejudice**. The Clerk of the Court is kindly directed to close this case.

Dated: October 23, 2026

________________________________
Cristina D. Silva
United States District Judge